1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9    EDDIE GARCIA,                                CV F   98-6053 AWI SMS HC

10                        Petitioner,             ORDER DENYING PETITIONER'S MOTION
                                                  FOR RECONSIDERATION OF COLLECTION
11          v.                                    OF FILING FEE

12                                                [Doc. 11]
     PEOPLE OF THE STATE OF
13   CALIFORNIA,

14                        Respondent.
                                          /
15

16          Petitioner filed a petition for writ of habeas corpus on September 16, 1998.  By order of

17   January 27, 1999, the Court directed Petitioner to submit a complete in forma pauperis

18   application or pay the $5.00 dollar filing fee.  On this same date, the Court also issued an order

19   directing Petitioner to submit his petition on the proper §2254 form.  Petitioner failed to do

20   either.  Therefore, on March 24, 1999, the Court issued a Report and Recommendation that the

21   petition be dismissed for failure to exhaust the state court remedies and for failing to comply with

22   the Court's orders.  The recommendation was adopted in full on August 31, 1999, and case was

23   dismissed.  Judgment was entered this same date.

24          Almost six years later, Petitioner has now filed a motion for reconsideration of collection

25   of the filing fee to reinstate his case.  Petitioner contends that he was sent the Court's order

26   directing payment of the fee, however, he was not noticed of the thirty day time limit.

27          Petitioner's contentions lack merit.  The Court's order of January 27, 1999, specifically

28   directed that the in forma pauperis application or filing fee was due within thirty days from the

1   date of service.  Further, Petitioner's current request is wholly untimely as it was filed nearly six

2   years after the issuance of the Court's order.  Moreover, the instant action was dismissed, without

3   prejudice, thus, nothing prevents Petitioner from refiling a petition for writ of habeas corpus.[1]

4          Based on the foregoing, it is HEREBY ORDERED that Petitioner's request for

5   reconsideration of the collection of the filing fee, is DENIED.

6

7   IT IS SO ORDERED.

8   **Dated:     July 15, 2005**                    _____ /s/ Anthony W. Ishii _____
    0m8i78                                          UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    ---
    [1] By this statement the Court expresses no opinion as the timeliness of such a petition.

    2